UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:11-CR-38-2F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | AMENDED |
| v. | ) | O R D E R |
| | ) | |
| MARCUS GEROME HYDE, | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's Motion to Continue [DE-33] the arraignment and trial in this matter, presently set for June 6, 2011 term of court. Defense counsel indicates that the Government does not object to this continuance.

For GOOD CAUSE SHOWN, Defendant's Motion to Continue [DE-33] is ALLOWED, and arraignment and trial in this matter are CONTINUED to the term of court commencing on **July 18, 2011.** The court finds that the ends of justice served by this continuance outweigh the interests of the Defendant and the public in a speedy trial. Any period of delay occasioned by this continuance therefore shall be excluded pursuant to 18 U.S.C. § 3161(h).

SO ORDERED.

This, the 2nd day of June, 2011.

JAMES C. FOX
Senior United States District Judge